UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

_____

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES | ) | |
| UNION OF KANSAS AND WESTERN | ) | |
| MISSOURI, | ) | |
| | ) | No. 11-CV-2462 WEB/KGG |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SANDY PRAEGER, Kansas Insurance | ) | |
| Commissioner, in her official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

For the reasons stated in Plaintiff's accompanying Memorandum in Support of Plaintiff's Motion for a Preliminary Injunction, Plaintiff seeks a preliminary injunction to prevent the further enforcement of House Bill 2075 ("the Act"). The Act prohibits insurance companies from offering abortion coverage in comprehensive policies. As a result of the Act, Plaintiff's members have lost or will lose insurance coverage, including a member who will lose coverage on October 1, 2011. Plaintiff has demonstrated in its memorandum of law that it is substantially likely that Plaintiff will succeed on the merits of its claims; Plaintiff's members will suffer irreparable harm absent the injunction; the injunction would further the public interest; and the harm to Plaintiff's members outweighs any conceivable harm to the State. Accordingly, this Court should grant Plaintiff's motion for a preliminary injunction.

Respectfully submitted,

s/Stephen Douglas Bonney
Stephen Douglas Bonney, KS Bar No. 12322
ACLU Foundation of Kansas & Western Missouri
3601 Main Street
Kansas City, MO 64111
Tel. (816) 994-3311
Fax: (816) 756-0136
dbonney@aclukswmo.org

Brigitte Amiri*
Jennifer Dalven*
Andrew D. Beck*
ACLU Foundation
Reproductive Freedom Project
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2633
bamiri@aclu.org
jdalven@aclu.org
abeck@aclu.org
*Pro hac vice to be filed

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2011, I caused a copy of Plaintiff's Motion for a Preliminary Injunction to be served on the following, both by electronic mail and by first class mail:

Derek Schmidt
Attorney General of Kansas
Memorial Hall, 2nd Floor
120 SW 10th Street
Topeka, KS 66612
general@ksag.org

Dated: August 16, 2011                    s/Stephen Douglas Bonney