IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF KANSAS AND WESTERN MISSOURI;<br><br>        Plaintiff,<br><br>    v.<br><br>SANDY PRAEGER, Kansas Insurance Commissioner, in her official capacity,<br><br>        Defendant. | No. 11-CV-2462 WEB/KGG |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Brigitte Amiri, Jennifer Dalven, and Andrew D. Beck be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavits in support of this motion, along with a proposed order granting this motion. I have also verified that the information contained in the affidavits is true and accurate.

| | |
|---|---|
| s/ Stephen Douglas Bonney | August 16, 2011 |
| Signature | Date |

Stephen Douglas Bonney
ACLU of Kansas and Western Missouri
3601 Main St.
Kansas City, MO 64111
816-756-3113
DBonney@aclukswmo.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 16, 2011, I caused a copy of Plaintiff's Motion for Leave to Appear Pro Hac Vice to be served on the following, both by electronic mail and by first class mail:

    Derek Schmidt
    Attorney General of Kansas
    Memorial Hall, 2nd Floor
    120 SW 10th Street
    Topeka, KS 66612
    general@ksag.org

Dated: August 16, 2011        ___s/Stephen Douglas Bonney____