IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF KANSAS AND WESTERN MISSOURI;<br><br>    Plaintiff,<br><br>v.<br><br>SANDY PRAEGER, Kansas Insurance Commissioner, in her official capacity,<br><br>    Defendant. | No. 11-CV-2462 WEB/KGG |

**<u>Plaintiff's Rule 7.1 Statement</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff American Civil Liberties Union of Kansas and Western Missouri certifies that it has no corporate parents, and no publicly held corporation owns 10% or more of Plaintiff's stock.

Respectfully submitted,

\_\_\_s/Stephen Douglas Bonney_____
Stephen Douglas Bonney, KS Bar No. 12322
ACLU Foundation of Kansas & Western Missouri
3601 Main Street
Kansas City, MO 64111
Tel. (816) 994-3311
Fax: (816) 756-0136
dbonney@aclukswmo.org

Brigitte Amiri*
Jennifer Dalven*
Andrew D. Beck*
ACLU Foundation
Reproductive Freedom Project

125 Broad Street, 18th Floor
New York, NY 10004
212-549-2633
bamiri@aclu.org
jdalven@aclu.org
abeck@aclu.org
* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2011, I caused a copy of Plaintiff's Rule 7.1 Statement to be served on the following, both by electronic mail and by first class mail:

Derek Schmidt
Attorney General of Kansas
Memorial Hall, 2nd Floor
120 SW 10th Street
Topeka, KS 66612
general@ksag.org

Dated: August 18, 2011                     ___s/Stephen Douglas Bonney___