IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF KANSAS AND WESTERN MISSOURI, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 11-CV-02462-JAR-KGG<br>) |
| SANDY PRAEGER, Kansas Insurance Commissioner, in her official capacity, | )<br>)<br>) |
| Defendant. | )<br>) |

### STIPULATION OF THE PARTIES

The parties hereby stipulate to the following:

1. The Court has already ruled as a matter of law that Plaintiff has failed to provide any evidence that the Kansas Legislature's predominant motivation in passing K.S.A. § 40-2,190 was to make abortions more difficult to secure. Plaintiff dismisses, with prejudice, any and all remaining claims in the above-captioned action.

2. Plaintiff will not appeal any claims arising from this action.

3. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

s/Stephen Douglas Bonney
Stephen Douglas Bonney          #12322
ACLU Foundation of Kansas & Western Missouri
3601 Main Street
Kansas City, MO 64111
Tel. (816) 994-3311
Fax: (816) 756-0136
dbonney@aclukswmo.org

Brigitte Amiri*
Jennifer Dalven*
Andrew D. Beck*
ACLU Foundation
Reproductive Freedom Project
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2633
bamiri@aclu.org
jdalven@aclu.org
abeck@aclu.org
* Admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFF


THOMPSON RAMSDELL & QUALSETH, P.A.

s/Shon D. Qualseth
Todd N. Thompson              #11194
Stephen R. McAllister         #15845
Shon D. Qualseth              #18369
Sarah E. Warner               #22788
333 W. 9th Street
P.O. Box 1264
Lawrence, KS 66044
Phone: (785) 841-4554
Fax: (785) 841-4499
todd.thompson@trqlaw.com
stevermac@fastmail.fm
shon.qualseth@trqlaw.com
sarah.warner@trqlaw.com

      Jeffrey A. Chanay    #12056
      Deputy Attorney General
      Civil Litigation Division
      Memorial Building, 2nd Floor
      120 SW 10th Avenue
      Topeka, KS 66612-1597
      Phone: (785) 368-8435
      Fax: (785) 291-3767
      jeff.chanay@ksag.org

      ATTORNEYS FOR DEFENDANT