1.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF KANSAS AND WESTERN MISSOURI, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 11-CV-02462-JAR-KGG |
| SANDY PRAEGER, Kansas Insurance Commissioner, in her official capacity, | )<br>)<br>) |
| Defendant. | ) |

## **ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties (Doc. #71), the above-captioned action is dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

Dated: <u>January 23, 2013</u>

                                S/ Julie A. Robinson

                                JULIE A. ROBINSON

                                UNITED STATES DISTRICT JUDGE

Prepared by:

THOMPSON RAMSDELL & QUALSETH, P.A.

<u>s/Shon D. Qualseth</u>
| | |
|---|---|
| Todd N. Thompson | #11194 |
| Stephen R. McAllister | #15845 |
| Shon D. Qualseth | #18369 |
| Sarah E. Warner | #22788 |

333 W. 9th Street
P.O. Box 1264
Lawrence, KS 66044
Phone: (785) 841-4554
Fax: (785) 841-4499
todd.thompson@trqlaw.com
stevermac@fastmail.fm
shon.qualseth@trqlaw.com
sarah.warner@trqlaw.com

Jeffrey A. Chanay                               #12056
Deputy Attorney General
Civil Litigation Division
Memorial Building, 2nd Floor
120 SW 10th Avenue
Topeka, KS 66612-1597
Phone: (785) 368-8435
Fax: (785) 291-3767
jeff.chanay@ksag.org

ATTORNEYS FOR DEFENDANT